Robert B. Jobe (Cal. State Bar #133089)
Aubra Fletcher (Cal. State Bar #259780)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
Tel: (415) 956-5513
Fax: (415) 840-0308
Email: bob@jobelaw.com

Attorneys for Plaintiff.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DARIIA TERENTIEVA, <br><br> Plaintiff, <br><br> v. <br><br> GERARD HEINAUAER, ET AL., <br><br> Defendants. | No. 3:13-cv-02856-JSC <br><br> [PROPOSED] ORDER |

IT IS HEREBY ORDERED that Plaintiff's motion for dismissal of the action with prejudice be granted.

DATED: August 22, 2013

_____
Hon. Jacqueline Scott Corley

[Proposed] Order
No. 3:13-cv-02856-JSC