```
Robert B. Jobe (Cal. State Bar #133089)
Aubra Fletcher (Cal. State Bar #259780)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
Tel:   (415) 956-5513
Fax:   (415) 840-0308
Email: bob@jobelaw.com
```

Attorneys for Plaintiff.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DARIIA TERENTIEVA, | No.  3:13-cv-02856-JSC |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| GERARD HEINAUAER, ET AL., | |
| Defendants. | |

IT IS HEREBY ORDERED that Plaintiff's motion for dismissal of the action with prejudice be granted.

DATED: August 22, 2013                         _____

                                                                 Hon. Jacqueline Scott Corley

[Proposed] Order
No.      3:13-cv-02856-JSC